FILED
in the Middle District of
North Carolina

09/30/2024
3:30 PM

Clerk, US District Court
By: _____CC_____

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:24CR__297__-1 |
| | : | |
| TAURICE JAQUINN WALL | : | |

The Grand Jury charges:

On or about December 8, 2023, in the County of Guilford, in the Middle District of North Carolina, TAURICE JAQUINN WALL knowingly did possess in and affecting commerce a firearm, that is, a Glock .45 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in this Indictment, the defendant, TAURICE JAQUINN WALL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title and

interest in and to any firearm or ammunition involved in or used in the commission of the offense.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

a. Glock, Model 30, .45 caliber semiautomatic pistol bearing serial number BYAM507; and

b. Thirteen rounds of assorted .45 caliber ammunition.

All in accordance with Title 18, United States Code, Section 924(d), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: September 30, 2024

SANDRA J. HAIRSTON
United States Attorney

*Mary Ann Courtney by*
BY: MARY ANN COURTNEY
Special Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

2

Case 1:24-cr-00297-UA   Document 1   Filed 09/30/24   Page 2 of 2